NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DAVID F. GARBER,                          )
                                          )
          Appellant,                      )
                                          )
v.                                        )          Case No. 2D16-3089
                                          )
DITECH FINANCIAL LLC f/k/a                )
GREEN TREE SERVICING LLC;                 )
WOODY S. RYAN a/k/a WOODY S.              )
WICHTENDAHL; KIM E. ALVIS;                )
NANCY E. ALVIS; GARBER,                   )
HOOLEY & HOLLOWAY, LLP;                   )
JOHN HOLLOWAY; ICARD,                     )
MERRILL, CULLIS, TIMM, FUREN &            )
GINSBURG, P.A.; LIVINGSTON,               )
PATTERSON, STRICKLAND &                   )
SIEGEL, P.A.; SUNTRUST BANK;              )
and ANY AND ALL UNKNOWN                   )
PARTIES CLAIMING BY,                      )
THROUGH, UNDER,                           )
AND AGAINST THE HEREIN                    )
NAMED INDIVIDUAL                          )
DEFENDANT(S) WHO ARE NOT                  )
KNOWN TO BE DEAD OR ALIVE,                )
WHETHER SAID UNKNOWN                      )
PARTIES MAY CLAIM AN                      )
INTEREST AS SPOUSES, HEIRS,               )
DEVISEES, GRANTEES, OR                    )
OTHER CLAIMANTS,                          )
                                          )
          Appellees.                      )
_____    )

Opinion filed March 9, 2018.

Appeal from the Circuit Court for
Sarasota County; Thomas M. Gallen,
Senior Judge.

David F. Garber, pro se.

Cheryl J. Lister and Timothy A. Andreu
of Bradley Arant Boult Cummings, LLP,
Tampa, for Appellee Ditech Financial,
LLC, f/k/a Green Tree Servicing LLC.

No appearance for remaining
Appellees.


PER CURIAM.

       Affirmed.


CASANUEVA and BLACK, JJ., and MAKAR, SCOTT, ASSOCIATE JUDGE, Concur.